In re: Wendell Edward
BETANCOURT,
Petitioner.

No. 04–7935.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2005.

Decided April 12, 2005.

Wendell Edward Betancourt, Petitioner pro se.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Wendell Edward Betancourt petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion for recusal. He seeks an order from this court directing the district court to act. The district court denied Betancourt's motion for recusal on December 13, 2004. Accordingly, because the district court has acted on Betancourt's motion, we deny his mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*